**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

REMINGTON TOBAR,                              )
                                             )
           Plaintiff,                         )
                                             )
     vs.                                      )          No. 1:26-CV-00102 HEA
                                             )
PEMISCOT COUNTY JUSTICE CENTER                )
et al.,                                       )
                                             )
           Defendants.                        )

### OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented Plaintiff Remington Tobar filed this civil rights action for money damages on May 11, 2026; however, Plaintiff neither paid the Court filing fee nor filed Application to Proceed in District Court Without Prepaying Fees or Costs. Plaintiff must do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). Plaintiff's failure to timely pay the filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs will result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank Application to Proceed in District Court without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit an Application to Proceed in District Court Without Prepaying Fees or Costs form within **21 days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 12th day of May, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE